UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| JAMES F. DINWIDDIE, JR., Trustee of the Testamentary Trust FBO Debra Ann Jordan under the Last Will and Testament of James F. Dinwiddie, <br><br> Plaintiff, <br><br> V. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant, <br><br> DEBRA ANN JORDAN, <br><br> Defendant/Cross-Claimant | Civil Action No. 5: 17-401-DCR <br><br><br> **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

2. Plaintiff Dinwiddie's Complaint and Cross-claimant Jordan's Cross-claim are **DISMISSED**, with prejudice.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 30th day of March, 2018.



Signed By:
Danny C. Reeves  DCR
United States District Judge